UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSEN BIEN, et al.,<br><br>    Defendants. | Case No. 19-cv-01922-PJH<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge