Raymond Alford Bradford H-16058
CSP Corcoran P.O. Box 3476
Corcoran, California 93212

FILED
JUN 07 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,
    Plaintiff,

v.

ROSEN BIEN, et al.,
    Defendants

NO. 19-1922-PJH
PLAINTIFF'S EXPARTE APPLICATION AND REQUEST TO SUBMIT EVIDENCE TO PROCEED UNDER 28 U.S.C. § 1915(g) IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AND DECLARATION IN SUPPORT OF THIRD REQUEST FOR ORDER COMPELLING PRISON OFFICIALS TO PROVIDE THE PLAINTIFF OR THE COURT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT SHOWING INDIGENCY AND RETURN (IFP) APPLICATION NO. ONE AND TWO WITHIN 28 DAYS AND DECLARATION IN SUPPORT OF DENIAL OF ALL MEANINGFUL ACCESS TO COURT TO CAUSE ACTUAL INJURY AND [PROPOSED] ORDER

I. <u>Introduction</u>

Plaintiff is a California state prisoner proceeding

1.

pro se and requesting (IFP) Informa pauperis status application waiver be granted and all filing fees and court cost waived until he is able to pay all fees and due to the fact that the prison guards repeatedly failed to return his (IFP) application submitted or process his request for certified copy of trust account statement showing the court he is indigent. plaintiff's legal papers are being reported stolen to hinder all meaningful access to court obstruct justice. plaintiff's ex parte application respectfully request an order to compel prison guards to either process and return all his submitted legal papers i.e. one and two request for certified trust account statement(s) and (IFP) applications one and two or be subjected to evidentiary sanctions, or, in contempt of court or, the court should waive the court fees until plaintiff is able to pay. plaintiff should also be allowed to either proceed informa pauperis status under imminent danger of serious physical injury as he presented a NON-frivolous a claim and plausible allegations of an active ongoing conspiracy to commit [Murder] and obstruct justice under 28 U.S.C. § 1915 (g) (d) and also see: Andrews v. Cervantes, 493 F.3d 1047, 1052 (9th Cir. 2007) Lewis v. Casey, 116 S. Ct. 2174, 2179 (1996) + Bounds v. Smith, 430 U.S. 817, 821 (1977) or, the court should allow him to submit evidence to demonstrate that he is entitled to relief under 28 U.S.C. § 1915 (g)

2.

For the reasons set forth above, plaintiff's exparte application and request for informa pauperis status; and relief under "imminent danger" pursuant to 28 U.S.C. § 1915 (9) The Court should if necessary intervene and grant said relief forthwith, in the interest of justice.

Dated: May 28, 2019            Respectfully,

                               Raymond Alford Bradford

DECLARATION OF RAYMOND ALFORD BRADFORD IN SUPPORT OF EXPARTE APPLICATION AND REQUEST TO SUBMIT EVIDENCE TO PROCEED UNDER 28 U.S.C. § 1915 (9) AND THIRD REQUEST FOR ORDER COMPELLING RE-CERTIFIED TRUST ACCOUNT STATEMENT OF NO- FUNDS AND FAILURE TO RETURN OR PROCESS (IFP) APPLICATION TO DENY ALL MEANINGFUL ACCESS TO COURT TO CAUSE ACTUAL INJURY. AND [PROPOSED] ORDER.

I, hereby declare: That I am the plaintiff in the above entitled cause of action Now pending before this court in case no. 19-cv-1922-PJH. In Bradford v. Rosen Bien, et al., I have personal knowledge of the facts stated herein and if called to testify I could and would do so competently. 1) plaintiff's statements of facts submitted herein and in his previous (3) filings has not changed and with that there is no need to reiterate it

3.

in each of his repeated pleadings without seeming redundant or foolish it, and unless, the court is willing to allow [plaintiff] to submit evidence to challenge its position NOT TO allow this cause of action to move forward without further unduly delay.

(2) On May 14, 2019 plaintiff was physically attacked by the prison guards after being repeatedly robbed of his legal and personal property on May 6, May 9, May 11, 2019 and denied all meals for nearly 6 (six) day, No mattress, spoon, toothbrush, toilet paper, deordorant, toothpaste, soap, sheets, blankets, clothes, socks, cup, showers, yard, visits, incontinence supplies (diapers, wipes) The "Zoo keepers" guards stole plaintiff's legal papers and wheelchair ~ knowing he is 'ADA' "mobility impaired" held his anticoagulant medication [hostage] causing chest pain ~ knowing he has a life long serious potentially life-threatening blood clotting ailment, cocci, and colitis his life-sustaining pills causing him complications i.e. deep vein thrombosis, phlebitis (blood clots) recurrent episodes in his lower-extremities, right leg in particular. plaintiff refused to come out his cell~office for a bogus once~A~week mandatory~yard after being charged with (2) bogus attempted murders last year, beaten on several occasions (5/17, 8/3/18, 10/6/18, 5, 14/2019); plaintiff prison account balance is $\emptyset$ zero. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of May 2019

Raymond Alfred Bradford

4.