RAYMOND ALFORD BRADFORD, H·16258
CALIFORNIA MEN'S FACILITY
POST OFFICE BOX 2000
VACAVILLE CA 95696

FILED

JUN 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

NO· C·V· 19· 1922 · PJH

NOTICE OF CHANGE
OF ADDRESS NO. TWO

RAYMOND ALFORD BRADFORD,
        Plaintiff.


        v.


ROSEN BIEN , et al.,

        Defendants.

NOTICE IS HEREBY GIVEN That Plaintiff
Raymond Alford Bradford, H·16258 Notice of change
of address advising all parties that his new address
is as follows

        CALIFORNIA MEN'S FACILITY
        P.O, BOX 2000
        VACAVille C A. 95696

And the court record shall reflect.

                                        Respecttully
Date: June 16, 2019
                                Raymond Alford Bradford