RAYMOND A...
SALINAS VALLEY STATE PRISON
POST OFFICE BOX 1050
SOLEDAD CA. 93960

Case 4:19-cv-01922-PJH Document 184 Filed 06/11/20 Page 1 of 3

FILED
JUN 11 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, <br> Plaintiff, <br><br> v. <br><br> ROSEN, BIEN AND GALVAN, et al., LAW FIRM, LLP <br> Defendants. | NO: CV-19-1922 RMI <br><br> MOTION TO PROCEED UNDER 28 U.S.C. §1915(g) IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AND WAIVER OF COST AND COURT-FEES; DECLARATION IN SUPPORT THEREOF |

Plaintiff's motion to proceed in forma pauperis status is based upon 28 U.S.C. §1915(g) Imminent Danger of Serious physical injury, And 42 U.S.C. §1983, plaintiff is pursuing state and federal violations and claims See Andrews v. Cervantes 493 F.3d 1047, 1051 (9th, Cir. 2007)

The Law firm, LLP of Rosen, Bien and Galvan, In this case, are actively involved in a clear conspiracy to commit Murder against plaintiff that is on-going and active to obstruct justice by using the [code of silence] condoning all police misconduct to receive [Kick-Backs] or financial gain and/or

other funds and benefits; In this case, plaintiff was told to submit his paperwork to prove that his claim was true, that the prison guards attacked him and it would be reviewed, and an investigation would take place. Once plaintiff did so knowing that the prison guards beat him up and falsely charged plaintiff with two bogus Attempted Murders. The prison guard (F. Aviles) stabbed [himself] plaintiff did nothing to the guard(s) he stabbed inmate J. Cornett CDC. No. BA.3054 the inmate was stabbed in self-defense. The guards told the inmate to Ambush plaintiff; behind a Lawsuit.

DECLARATION OF RAYMOND ALFORD BRADFORD AND MOTION TO PROCEED UNDER 28 U.S.C. § 1915 (g) IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AND WAIVER OF COST AND COURT FEES.

I, hereby declare that plaintiff is indigent without any funds, I am the plaintiff in this cause of action now pending before this court in case No. CV-19-1922 RMI I have personal knowledge of the facts stated herein and if called to testify I could and would do so competently. plaintiff is under imminent danger of serious physical injury daily because the guards continuously beat him up and have caused a brain/head injury, dizziness, blurred vision, & headaches. (See Exhibit 1) plaintiff (602) appeals prove process is unavailable, (See Exhibit 2) Medical Record 7219 shows his injury (brain/head) I declare under penalty of perjury that the foregoing is true and correct. Executed on 6th day of June. 2020

Raymond Alford Bradford

RAYMOND ALFORD BRADFORD   H-16253. 4A2R. cell 01114 143
CALIFORNIA STATE PRISON - CORCORAN
P.O. BOX 3476 CORCORAN CA. 93212

**FILED**
APR 10 2019
SUSAN Y. SOONG
CLERK U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NO. CV 19 - 1922 RMI

RAYMOND ALFORD BRADFORD.
   Plaintiff.

V.

ROSEN, BIEN AND GALVAN, ET AL.
LAW FIRM. LLP.
   Defendants.

CIVIL COMPLAINT.
PERSONAL INJURY UNDER
Gov Code § 844.6 (A) § 845.6
§ 810 et seq. AND 42 U.S.C § 1983
REQUEST FOR INFORMA PAUPER
IS STATUS AND WAIVER OF FEES
UNDER 28 U.S.C § 1915 (9) (d)
"IMMINENT DANGER OF SERIOUS
PHYSICAL INJURY" AND DE
CLARATION IN SUPPORT
THEREOF

I.

"PENDENT JURISDICTION"

STATE LAW TORT ACTION

Plaintiff Raymond Alford Bradford ("Plaintiff") files this cause of action under California State Law "personal injury" under Gov. Code § 844.6 (A) § 845.6 § 810 et seq. And 42 U.S.C § 1983 state and federal law violations. All defendants named below is sued in their official and individual capacity and all de